UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TYEASHA JOHNSON, on behalf of herself and others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>HIMAGINE SOLUTIONS, INC.,<br><br>      Defendant. | Case No. 4:20-CV-00574-SPM |

**JUDGMENT AND ORDER OF DISMISSAL**

In accordance with the Memorandum and Order entered this date and incorporated herein,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED**, with prejudice.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of June, 2021.